Christopher LAUGHMAN,
Plaintiff/Appellant,

v.

ST. CHARLES COUNTY, Missouri,
Defendant/Respondent.

No. ED 76445.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 28, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 10, 2000.

Rick Barry, Law Offices of Rick Barry, P.C., St. Louis, for appellant.

Joann Leykam, St. Charles County Counselor, St. Charles, for respondent.

Before CRANDALL, P.J. and HOFF, J. and PUDLOWSKI, S.J.

ORDER

PER CURIAM.

Christopher Laughman (Laughman) appeals the circuit court's judgment and order granting summary judgment in favor of St. Charles County Sheriff's Department in this action challenging Laughman's termination of employment.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. Upon *de novo* review, we find no genuine issue of material fact or

error of law. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth reasons for our decision. Judgment affirmed pursuant to Rule 84.16(b).